### PHILLIPS v. BROWN, sheriff.

EVANS, J.　1. The disqualification of certain members of the grand jury who returned the bill of indictment under which the defendant was tried and convicted, because of service as grand jurors at the prior term of the court, is ground for challenge propter defectum, and must be made at the trial. It is too late to urge such disqualification after verdict.　*Jordan* v. *State,* 119 *Ga.* 443; *Davis* v. *State,* 120 *Ga.* 843; *McFarlin* v. *State,* 121 *Ga.* 329.

2. It was therefore not error to refuse to grant the writ of habeas corpus to one convicted of crime, on the ground that his conviction and detention under sentence was illegal because certain members of the grand jury who returned the bill of indictment under which he was tried and convicted had served at the previous term of the court.　*Simmons* v. *Ga. Iron & Coal Co.,* 117 *Ga.* 305 (2).　　　　　*Judgment affirmed. All the Justices concur.*

Submitted March 20,—Decided March 24, 1905.

Habeas corpus. Before Judge Freeman. Coweta superior court. February 3, 1905.

*A. H. Freeman,* for plaintiff.　*John C. Hart, attorney-general,* and *J. R. Terrell, solicitor-general,* for defendant.